DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PROGRESSIVE SELECT INSURANCE COMPANY,

Appellant,

v.

GERALDINE TAYLOR, JESSICA
LYNN TURNER, and VINCENT ALEXANDER ADAMS,

Appellees.

No. 2D22-4099
_____

January 31, 2024

Appeal from the Circuit Court for Hillsborough County; Rex M. Barbas, Judge.

Kenneth P. Hazouri of deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP, Orlando, for Appellant.

Tracy Raffles Gunn of Gunn Appellate Practice, P.A., Tampa, for Appellee Geraldine Taylor.

No appearance for remaining appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and MORRIS and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.